# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
## Norfolk Division

In re:    THOMAS JAMES SCHULTZ                                              Chapter 13
                                                                            Case No.: 07-70584-FJS

    Debtor

## REPORT OF DEPOSIT OF UNCLAIMED FUNDS

Pursuant to Federal Rule of Bankruptcy Procedure 3011 and 11 U.S.C. 347 the Trustee herein submits a check payable to "Clerk, United States Bankruptcy Court" representing unclaimed funds to be deposited by the Clerk of Court into the Treasury of the United States. Said funds are subject to withdrawal as provided by 28 U.S.C. 2042 and shall not escheat under any state law. The unclaimed funds represent the dividend(s) due and payable to:

(Debtor(s) or Creditor(s) name and address)                                 (Amount of dividend)

IST CHOICE CASH ADVANCE #201                                                $142.48
1949 LYNNHAVEN PARKWAY #1560
VIRGINIA BEACH, VA 23453-1618

Date: January 21, 2011                          /s/ Michael P. Cotter
                                                _____
                                                Michael P. Cotter
                                                Chapter 13 Standing Trustee
                                                870 Greenbrier Circle, Suite 402
                                                Chesapeake, VA  23320
                                                (757) 961-3000